EXHIBIT A

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

FILED
11/09/2022
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

JB'S PROPERTIES AND INVESTMENTS, LLC,

Plaintiff/Counterclaim Defendant/ Cross-Claim Defendant,

v.

ROBERT MONROE, Individually and as Trustee of the ROBERT K. MONROE AND GINA K. MONROE JOINT REVOCABLE LIVING TRUST U/T/A dated December 17, 2008,

Defendant/Counterclaim Plaintiff/Separate Counterclaim Defendant

v.

JEFFREY D. NICHOLS and EMILY E. NICHOLS,

Counterclaim Defendant/Separate Counterclaim and Cross-Claim Plaintiff.

Case No.: 17SL-AC20485-02

## ORDER AND JUDGMENT

Cause called for trial on August 30, 2022 on: (1) Plaintiff/Counterclaim Defendant JB's Property and Investments, LLC's ("JB's") amended claim for slander of title against Defendant/Counterclaimant Robert Monroe (" Mr. Monroe"), Individually and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust u/t/a dated December 17, 2008; (2) Robert Monroe's Counterclaims for Nuisance and Negligence against JB's and Counterclaim Defendants, Jeffery D. Nichols and Emily F. Nichols ("Nichols"); and (3) the Nichols' Cross-Claim against JB's Properties and Investments for Breach of Contract,

Fraudulent Misrepresentation, Negligent Misrepresentation, violations of the Missouri Merchandising Practices Act as well as their Separate Counterclaim against Robert Monroe for Slander of Title.

JB's appeared by its Member, Joyce Burkhard, and through its counsel, Joshua M. Avigad. Mr. Monroe, appeared personally, on his own behalf and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust U/T/A dated December 17, 2008, and through counsels, Erik C. Zorumski and Ted Disabato. The Nichols each appeared in person and through their counsel, Bradley M. Mitchell. All parties appeared with counsel and announced ready for trial. Evidence was adduced from August 30, 2022 through September 2, 2022. The Court allowed the Parties to submit proposed Findings of Fact and Conclusions of Law and Trial Briefs. Thereafter the Court issued a Findings of Fact and Conclusions of Law. Having considered the pleadings, applicable law, testimony and exhibits, the Court adjudges and decrees as follows:

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in **favor** of JB's Properties and Investments, LLC and **against** Robert K. Monroe, Individually and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust U/T/A dated December 17, 2008 in regard to the claims of Nuisance and Negligence and Slander of Title, and JB's Properties and Investments, LLC shall have and recover from Robert K. Monroe, Individually and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust U/T/A dated December 17, 2008 the amount of **$65, 527.77** in actual damages and an additional **$58,575. 30** in legal fees and costs, with post-judgment interest accruing thereon at the statutory rate of 9.000% per annum at and from the date of judgment. The Court denies the request for a punitive award against Robert K. Monroe,

EXHIBIT A

Individually and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust U/T/A dated December 17, 2008.

**WHEREFORE, IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in **favor** of Jeffrey D. Nichols and Emily E. Nichols and **against** Defendant JB's Properties and Investments, LLC on the claims of Breach of Contract, Fraudulent Misrepresentation, Negligent Misrepresentation and violations of the Missouri Merchandising Act, and Jeffrey D. Nichols and Emily E. Nichols shall have and recover from JB's Properties and Investments, LLC the amount of **$119,243.99** , for legal expenses and costs, with post-judgment interest accruing thereon at the statutory rate of 9.000% per annum at and from the date of judgment.

**WHEREFORE, IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in **favor** of Jeffrey D. Nichols and Emily E. Nichols and **against** and Defendant Robert K. Monroe, Individually and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust U/T/A dated December 17, 2008 in regard to the claim of Slander of Title and claims of Negligence and Nuisance, and Jeffrey D. Nichols and Emily E. Nichols shall have and recover from Robert K. Monroe, Individually and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust U/T/A dated December 17, 2008 the amount of **$39, 723.00**, for legal fees and costs associated with the defense of said claims, with post-judgment interest accruing thereon at the statutory rate of 9.000% per annum at and from the date of judgment.

EXHIBIT A

**Costs shall be taxed against Defendant/Counterclaim Plaintiff Robert Monroe, Individually and as Trustee of the Robert K. Monroe and Gina K. Monroe Joint Revocable Living Trust U/T/A dated December 17, 2008**

**SO ORDERED:**

**SO ORDERED:**

Judge Division 41

November 09, 2022

**Hon. Krista S. Peyton**
**Associate Circuit Judge, Division 41**

# Real Estate Information

New Search

## Ownership & Assessment

Owner/Assessment | Property | Sketch
Tax Info & Receipt | Tax History | Comparable Sales
Sales In Your Area | Documents

2024 2023 2022 2021 2020 2019 2018 2017 2016 2015 2014

### Ownership and Legal Information: 29L330923 - 2024

| | | | |
|---|---|---|---|
| Locator No. (Number): | 29L330923 | Tax Year: | 2024 |
| Tax District: | 138J | City Code: | 000 |
| Site Code: | 0095 | Destination Code: | |
| Owner's Name: | MONROE ROBERT K & GINA K JOINT REVOCABLE LIVING TRUST THE | | |
| Taxing Address: | 4824 MATTIS RD<br>SAINT LOUIS, MO 63128 | | |
| Care-Of Name: | | | |
| Mailing Address: | *Same as the taxing address.* | | |
| Subdivision Book - Page: | | | |
| Assessor's Book - Page: | 02 - 0095 | | |
| City Name: | *Unincorporated* | | |
| Subdivision Name: | MATTIS COURT | | |
| Legal Description: | 8 5 75<br>**Important:** This is a brief legal description and is not meant for use in recorded legal documents. | | |
| Lot Number: | 1 | Block Number: | |
| Lot Dimensions: | 0095 / 0095 - 0297 / 0297 | Total Acres: | |
| Tax Code - Description: | A - TAXABLE | Land Use Code: | 110 (Single Family) |
| Deed Document Number: | | Deed Type: | |
| Deed Book and Page: | Book: 22240 Page: 1372 | Trash District: | 7 |
| Deed Index List: | View Deed Index Information Recorded With Locator Number 29L330923 | | |
| School District: | LINDBERGH | County Council District: | 6 |

### Assessment Information: 29L330923

Show all land and improvement values.

| 2024 | | |
|---|---|---|
| Property Class | Appraised Total | Assessed Total |
| Residential | 307,400 | 58,400 |
| 2023 | | |

**Please Note:** Information maintained by the Assessor's Office is for assessment purposes only and should not be used to verify or transfer ownership. All maps maintained, provided and/or purchased are based on assessment information and do not represent a legal survey of the parcels shown, and should not be used for conveyance or the establishment of property boundaries. The Assessor's Office shall not be liable for errors contained herein or for any damages in connection with the use of this information.

Information on this page is current as of Monday, September 16, 2024.

# Real Estate Information

## Saint Louis County
## Real Estate Tax History

This information reflects the tax status for the account and tax year(s) shown.

Effective 9/17/2024

Locator Number: 29L330923

Owner Name: Monroe Robert K & Gina K Joint Revocable

Property Location: 4824 Mattis Rd

Subdivision: Mattis Court

Block Number:

Lot Number: 1

School Sub Code: 138J

Legal Description: 8 5 75

Assessed Value:

Office Use: TPNLQ3A249B083231LI9M2C3PW 9/17/2024 11:53:35 AM

23 29L330923 MON-ALL PAID

Real Estate Tax History:

| Tax Year | Owner Name | Tax Code | Sewer Lateral Fee | Total Assessed Value | Amount Due | Amount Paid | Date Paid |
|---|---|---|---|---|---|---|---|
| 2023 | Monroe Robert K & Gina K Joint Revocable | 138J | $28.00 | $58,400.00 | $3,790.83 | $3,790.83 | 11/30/2023 |
| 2022 | Monroe Robert K & Gina K Joint Revocable | 138J | $28.00 | $48,280.00 | $3,269.18 | $3,269.18 | 11/30/2022 |
| 2021 | Monroe Robert K & Gina K Joint Revocable | 138J | $28.00 | $48,280.00 | $3,153.21 | $3,153.21 | 12/6/2021 |
| 2020 | Monroe Robert K & Gina K Joint Revocable | 138J | $28.00 | $48,610.00 | $3,289.06 | $3,289.06 | 11/30/2020 |
| 2019 | Monroe Robert K & Gina K Joint Revocable | 138J | $28.00 | $48,610.00 | $3,280.74 | $3,280.74 | 12/6/2019 |
| 2018 | Monroe Robert K & Gina K Joint Revocable | 138J | $28.00 | $39,300.00 | $2,918.79 | $2,918.79 | 12/7/2018 |
| 2017 | Monroe Robert K & Gina K Joint Revocable | 138J | $28.00 | $39,300.00 | $2,887.27 | $2,887.27 | 12/8/2017 |
| 2016 | Monroe Gina Kristine & Robert T/E | 138J | $28.00 | $31,830.00 | $2,466.69 | $2,466.69 | 12/16/2016 |
| 2015 | Monroe Robert K & Gina K Trustees | 138J | $28.00 | $31,830.00 | $2,429.32 | $2,429.32 | 12/4/2015 |
| 2014 | Monroe Robert K & Gina K Trustees | 138J | $28.00 | $27,910.00 | $2,154.16 | $2,154.16 | 12/4/2014 |
| 2013 | Monroe Robert K & Gina K Trustees | 138J | $28.00 | | $2,090.76 | $2,090.76 | 12/4/2013 |