**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**To:** MOEBml_CA Mailbox
**Subject:** 26-6018 Robert Monroe v. JB"s Properties and Investments, LLC, et al "BAP Case Docketed" (24-42413)
**Date:** Wednesday, June 3, 2026 10:41:51 AM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 06/03/2026

| | |
|---|---|
| **Case Name:** | Robert Monroe v. JB's Properties and Investments, LLC, et al |
| **Case Number:** | 26-6018 |
| **Document(s):** | Document(s) |

**Docket Text:**
Bankruptcy Appellate Panel Case Docketed. [5647047] [26-6018] (CJO)

**Notice will be electronically mailed to:**

Diana Spuhl Daugherty: diana@ch13stl.com, atty@ch13stl.com, standing_trustee@ch13stl.com
Robert E. Eggmann, III: ree@carmodymacdonald.com, ala@carmodymacdonald.com, kxd@carmodymacdonald.com
Grant Joseph Mabie: gjm@hsbattorneys.com
Andrew Magdy: amagdy@summerscomptonwells.com
Dana McWay, Clerk of Court: CAMailbox@moeb.uscourts.gov
Paul Allen Randolph: USTPRegion13.SL.ECF@usdoj.gov, Paul.A.Randolph@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Docketing Letter
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/03/2026] [FileNumber=5647047-0]
[39c46c2619fed9a086022400188f60dad08605ddc6f74419535a50a42617b364dfcb858eb5702fd2f538b76a28eda7efcfafe83396efbd36ccc9f7b43587828a]]
**Recipients:**

- Diana Spuhl Daugherty
- Robert E. Eggmann, III
- Grant Joseph Mabie
- Andrew Magdy
- Dana McWay, Clerk of Court
- Paul Allen Randolph